UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CV-61515 DIMITROULEAS/SNOW

EMILIO PINERO,

        Plaintiff,

v.

HOWARD GREENFIELD REV.
TRUST

Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff, EMILIO PINERO and Defendant, HOWARD GREENFIELD REV. TRUST, having entered into a Confidential Settlement Agreement, thereby resolving the claim brought in the above-referenced action against Defendant, hereby stipulate to the dismissal of the above styled action and request the Court to enter an Order dismissing this cause *with prejudice*.

Dated this 24th day of September 2010.

Respectfully submitted,

s/ Lauren N Wassenberg
Lauren N. Wassenberg, Esq.
Fla. Bar No. 0034083
429 Lenox Avenue, Suite 4W23 600
Miami Beach, FL 33139
**Attorney for Plaintiff**
Telephone: (305) 537-3723
Facsimile: (305) 537-3724

s/ Marin S. Shabsels
Marin S. Shabsels, Esq.
Florida Bar No. 27003
20900 N.E. 30th Ave., Suite

Aventura, FL 33180
**Attorney for Defendant**
Telephone: (305) 937-0300
Facsimile: (305) 937-1311