UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61514-CIV-DIMITROULEAS

EMILIO PINERO,

    Plaintiff,

vs.

HOWARD GREENFIELD REV. TRUST,

    Defendant.
_____/

### ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Stipulation of Dismissal With Prejudice [DE 28], filed herein on September 25, 2010.  The Court has carefully considered the Stipulation, notes the signatures of counsel for both parties, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation of Dismissal [DE 28] is hereby **APPROVED**;

2. This action is hereby **DISMISSED with prejudice**; and

3. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 27th day of September, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record